JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Duncan Nefcy,

        Plaintiff,

v.

Quantel Research Corp., et al,

        Defendants.

Case No.  CV 18-10483-AB (PLAx)

ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 5, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.